# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. O4-cv-1245-LTB-BNB

J.D., C.D., & L.D., MINORS, WHO SUE BY THEIR MOTHER AND NEXT FRIEND KERI LYNN DAVIS,

Plaintiffs,

v.

KURT CUNNINGHAM DAVIS,

Defendant

---

### ORDER

---

Plaintiff moves to reinstate this case to this court's active docket (Docket # 15). On May 20, 2005 this Court ordered this case Administratively Closed pursuant to the Notice of Automatic Stay issued by the Bankruptcy Court regarding defendant Kurt Cunningham Davis, subject to being reopened upon motion by any party for good cause shown.

On June 15, 2005 the Bankruptcy Court dismissed the Chapter 13 proceeding against the defendant, which was the basis for the Administrative Closing of this case.   Defendant has not filed an objection to the reopening of this case or responded to plaintiff's motion to reopen.

Therefore it is so ordered that plaintiff's motion to reinstate this case to the court's active docket is GRANTED.

 **DONE and ORDERED,** this __15th__ day of February, 2006 at Denver, Colorado.

                                          ___s/Lewis T. Babcock_____
                                          United States District Chief Judge