# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. O4-cv-1245-LTB-BNB

J.D., C.D., & L.D., MINORS, WHO SUE BY THEIR MOTHER AND NEXT FRIEND KERI LYNN DAVIS,

Plaintiffs,

v.

KURT CUNNINGHAM DAVIS,

Defendant

_____

## ORDER
_____

Charles F. Brega and Scott T. Rodgers request permission to withdraw as counsel for defendant Kurt Cunningham Davis, pursuant to D.C.COLO.LCivR 83.3(D) (Docket # 17). Davis has not objected to this motion.

Therefore, it is so ordered that this motion is GRANTED.

**DONE and ORDERED,** this   15th   day of February, 2006 at Denver, Colorado.

                                                s/Lewis T. Babcock
                                                United States District Chief Judge