**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  04-cv-01245-LTB-BNB

J.D., C.D., & L.D., et al,

       Plaintiffs,

vs.

KURT CUNNINGHAM DAVIS,

       Defendant.

_____

AMENDED ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 24 - filed March 23, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       LEWIS T. BABCOCK, Chief Judge
       United States District Court

DATED: March 23, 2006